IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:10-cv-13

JASON FALLA, )
JONATHAN GREENE, )
DONOVAN CHAD MOORMAN, )
SCOTT NORTON, )
and )
RUSSELL RENNER, )
    on behalf of themselves and all others )
    similarly situated, )
)
**Plaintiffs,** )
)
v. )     **ORDER**
)
XE SERVICES, LLC, )
and )
U.S. TRAINING CENTER, INC., )
)
**Defendants.** )

On February 10, 2011, the parties filed a consent to the granting of Plaintiffs' Motion for Conditional Certification [D.E. 46] and jointly moved to modify the Scheduling Order [D.E. 27]. For good cause shown, the requested relief is GRANTED.

Defendants having already provided Plaintiffs' counsel with a class list, Plaintiffs' counsel will provide class members with notice of conditional certification and with consents to join the action in the forms attached to the parties' consent motion within four days of the entry of this order.

The modifications to the Scheduling Order in the parties' joint motion are APPROVED with the following critical deadlines: reports from retained experts are due by September 1, 2011, from rebuttal experts by October 3, 2011, and further rebuttal disclosure by November 1, 2011; a motion to decertify the class is due by September 15, 2011; Rule 26(e) supplementations are due

by October 31, 2011; all discovery completed by November 30, 2011; and, all potentially dispositive motions are due by December 30, 2011. Except as modified hereby, the original Scheduling Order remains in effect.

SO ORDERED this the 16 day of February, 2011.

James C. Dever, III
United States District Judge